

**ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 19-03.
JOSIAH C. SELL, CLERK OF BANKRUPTCY COURT**

**BY: /s/ Shenae Williams**
         **Deputy Clerk**

**Dated: 02:01 PM October 3 2025**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| IN RE: | ) | CASE NO. 25-51606 |
|---|---|---|
| TYLER JEREMIAH HARDING | ) ) ) | CHAPTER 13 |
| DEBTOR(S) | ) ) | JUDGE ALAN M. KOSCHIK |
| | ) ) ) ) ) ) ) | **ORDER REQUIRING DEBTOR AND DEBTOR'S ATTORNEY TO APPEAR AND SHOW CAUSE FOR FAILURE TO FILE REQUIRED DOCUMENTS** |

On September 17, 2025, debtor(s) initiated the within bankruptcy case and the following documents were not filed with the bankruptcy petition:

- EMPLOYEE INCOME RECORDS

(collectively, the "Required Documents"). Based upon a review of the file in this case the Court finds:

1. That all of the Required Documents have not been filed nor has there been a request by debtor(s) for an extension of time in which to file all of the Required Documents.

2. That no record of other bankruptcy cases previously filed by debtor(s) has been found.

Based upon the foregoing, a hearing (the "Show Cause Hearing") shall be held **on OCTOBER 30, 2025 AT 2:15 PM., in the Bankruptcy Courtroom, John F. Seiberling Federal Building & U.S. Courthouse, 260 U.S. Courthouse, 2 South Main Street, Akron, OH 44308** at which time ***debtor and debtor's attorney shall appear and show cause*** why this case should not be dismissed for the failure to file all of the Required Documents. During the Show Cause Hearing the Court will consider whether any dismissal of this case should carry with it one or more of the following sanctions (collectively, the "Sanctions"):

1. That this case be dismissed pursuant to 11 U.S.C. §109(g) [which would prohibit debtor(s) from filing another bankruptcy case under any chapter of the Bankruptcy Code for 180 days] and that the §109(g) prohibition begin to run upon the date of the order of dismissal.

2. That debtor(s) not be permitted to file any future bankruptcy case in this Court unless the petition is accompanied by all documents required by the Bankruptcy Code to be filed.

Should debtor(s) fail to appear at the Show Cause Hearing, this case will be summarily dismissed with one or more Sanctions and without any further notice or hearing.

**IT IS SO ORDERED.**

###

\*\* Parties **wishing to appear at the show cause hearing telephonically** must contact the Courtroom Deputy, Stephanie Pete at 330-252-6139, no later than 3:00 p.m. on the day prior to the hearing in question and **request permission to do so.**